UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-26249-mdm |
| FELICIA D. ALLEN, ) | Chapter 13 |
| ) | |
| Debtor. ) | |

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

Felicia D. Allen has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue, Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Nathan E. DeLadurantey
> DeLadurantey Law Office, LLC
> 735 W. Wisconsin Avenue, Suite 720
> Milwaukee, WI 53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    A. __X__ the Debtor;

    B. _____ the Chapter 13 Trustee (post-confirmation modifications only);

    C. _____ the holder of an unsecured claim (Name:) (post-confirmation only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. _____ post-confirmation;

    B. __X__ pre-confirmation (Select i. or ii.);

    i. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (LBR 3015(b)); or

    ii. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

4. The reason(s) for the modification is/are:

5. Select A. or B.

    A. _____ The Chapter 13 Plan confirmed or last modified on May 16, 2014, is modified as follows:

    B. __X__ The unconfirmed Chapter 13 Plan dated May 15, 2014, is modified as follows:

**2. Plan Payments**

The debtor shall pay $435 monthly for 30 months from confirmation at which time her 401k loan should be repaid. Thereafter, the debtor shall pay $1,045.00 monthly for the duration of the plan.

**10. Special provisions**

(a) This provision is omitted.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

2

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for debtor, Felicia D. Allen, certify that I have reviewed the modification proposed above with the debtor, and that the debtor has authorized me to file it with the court.

| | |
|---|---|
| /s/ Nathan E. DeLadurantey | August 13, 2014 |
| Counsel for the debtors | Date |

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated:  August 13, 2014.

DeLadurantey Law Office, LLC
Attorneys for Debtor

/s/
By: Nathan E. DeLadurantey
State Bar No. 1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI  53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com

3

A copy of the foregoing filed electronically on August 13, 2014 with:


Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202


Copies of the foregoing mailed or sent electronically
if the party named accepts electronic service on August 13, 2014:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Mary B. Grossman
PO Box 510920
Milwaukee, WI 53203



/s/Caitlin York, Paralegal
(Electronically file by)