THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: August 15, 2014

Margaret Dee McGarity
United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

In re: FELICA D ALLEN                          CHAPTER 13

Soc. Sec. No.   xxx-xx-2440                    Case No. 14-26249-MDM

***AMENDED***

***AMENDED ORDER FOR PAYROLL DEDUCTIONS*** 

To, **INFINITY HEALTHCARE INC.**, the employer of the above debtor(s):

The above named debtor proposed a plan to pay debts out of future earnings. By this plan the debtor's earnings are subject to the supervision and control of the Bankruptcy Court. Now, Therefore,

IT IS ORDERED THAT:

1. You, **INFINITY HEALTHCARE INC.**, shall deduct from the earnings of said debtor [including vacation pay], the sum of **$435.00 Monthly through February 2017 then $1045.00 Monthly thereafter**, beginning on the next payday following receipt of this Order and continuing until further notice. You shall immediately pay to the Chapter 13 Trustee the sums so deducted. **INCLUDE THE DEBTOR'S NAME AND CHAPTER 13 CASE NUMBER WITH EACH REMITTANCE. PLEASE MAKE PAYABLE AND MAIL TO:**

**CHAPTER 13 TRUSTEE
P.O. BOX 730
MEMPHIS, TN 38101-0730**

2. All earnings and wages of the debtor, except amounts required to be withheld pursuant to provisions of law, insurance, pension, union dues, child support, or by the Order of this Court, shall be paid to the debtor in accordance with your usual procedure. No other deduction shall be made by you.

3. This Order supersedes any previous Order for payment in this case.

**Debtor(s) Employer:**
**\*\*INFINITY HEALTHCARE INC.\*\***
Attn: Payroll Department
111 E. WISCONSIN AVE.
#2100
MILWAUKEE, WI 53202-

**Debtor(s):**
FELICA D ALLEN
5770 NORTH DEXTER AVENUE
MILWAUKEE, WI   53209

**Debtor(s) Attorney:**
DELADURANTEY LAW OFFICE LLC
735 WEST WISCONSIN AVENUE
SUITE 720
MILWAUKEEWI 53233-

Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

Trustee Issued Date:   August 14, 2014
#####